UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 8:25-CR-498-JLB-AEP |
| | : | |
| GEORGE RUSSELL ISBELL, JR. | : | |
| _____ | : | |

**<u>DEFENDANT GEORGE RUSSELL ISBELL'S NOTICE TO THE COURT REGARDING HIS OBJECTION TO GOVERNMENT'S NOTICE OF 404(b) EVIDENCE</u>**

COMES NOW, the Defendant, GEORGE RUSSELL ISBELL, JR., by and through his undersigned counsel, and hereby files this his notice to the court of his objection to the government's notice of 404(b) evidence, and in support states as follows:

1. On January 8, 2026, the government filed a notice of intent to use 404(b) evidence in Docket Entry 27, and on January 10, 2026, the government filed an amended notice of intent to offer such evidence at trial in Docket Entry 29.

2. The Defendant objects and requests a hearing on the issue.

## **CONCLUSION**

WHEREFORE, the Defendant, GEORGE RUSSELL ISBELL, JR., by and through the undersigned counsel respectfully requests this Honorable Court grant the stated relief and/or any other relief this Honorable Court deems appropriate.

    Respectfully submitted,

    By: /s/ Mark J. O'Brien
    Mark J. O'Brien, Esquire
    Florida Bar No.: 0160210
    511 West Bay Street
    Suite 330
    Tampa, Florida 33606
    D:    (813) 228-6989
    E:    mjo@markjobrien.com

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY on February 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: <u>/s/ Mark J. O'Brien</u>
Mark J. O'Brien, Esquire