UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 8:25-CR-498-JLB-AEP |
| | : | |
| GEORGE RUSSELL ISBELL JR. | : | |
| _____ | : | |

**<u>DEFENDANT GEORGE RUSSELL ISBELL JR'S
MOTION TO CONTINUE TRIAL</u>**

COMES NOW, the Defendant, GEORGE RUSSELL ISBELL JR, by and through his undersigned counsel, and hereby files this his motion to continue his trial to a date certain of May 4, 2026, and in support states as follows:

1. A status conference is scheduled for March 9, 2026.

2. A jury trial is scheduled for the trial term beginning on April 6, 2026.

3. There is a pending motion to dismiss the indictment before the court.

4. If the motion is denied, the Defendant needs additional time to complete his trial preparation.

5. Therefore, undersigned counsel and the government respectfully request the trial be continued to a date certain of May 4, 2026.

   a. The government confirmed their witnesses are available.

6. Undersigned counsel conferred with the government, and the government joins in this request.

7. The Defendant does not oppose this request.

8. The Defendant has waived speedy trial through June 30, 2026. (*See* Docket Entry 33).

## **CONCLUSION**

WHEREFORE, the Defendant, GEORGE RUSSELL ISBELL JR, by and through the undersigned counsel respectfully requests this Honorable Court grant the stated relief and/or any other relief this Honorable Court deems appropriate.

    Respectfully submitted,

    By: /s/ Mark J. O'Brien
    Mark J. O'Brien, Esquire
    Florida Bar No.: 0160210
    511 West Bay Street
    Suite 330
    Tampa, Florida 33606
    D:   (813) 228-6989
    E:   mjo@markjobrien.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on March 6, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
