UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :
:
:
v. : Case No.: 8:25-CR-498-JLB-AEP
:
:
GEORGE RUSSELL ISBELL, JR. :
_________________________________:

**UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S SENTENCING MEMORANDUM AS TO THEIR LEGAL OBJECTION ONLY**

COMES NOW, the Defendant, GEORGE RUSSELL ISBELL JR, by and through his undersigned counsel, and hereby files this his motion for leave to file a reply to the government's legal objection only, and in support states as follows:

1. On June 24, 2026, the Defendant pled guilty to counts one and two of the Indictment, and a sentencing hearing is scheduled for August 26, 2026.

2. The district court ordered both parties to file sentencing memorandums no later than seven days before the sentencing date.

3. On August 19, 2026, both parties filed their respective sentencing memorandum as required.

4. The government filed its sentencing memorandum a few hours prior to the Defendant filing his.

5. Undersigned counsel advised the government, as a matter of professional courtesy, that he would not read the government's sentencing memorandum until after he filed the Defendant's sentencing memorandum.

6. In its sentencing memorandum, the government objected to United States Probation's application of a sentencing guideline adjustment that is favorable to the Defendant.

7. Undersigned counsel requests permission to file a short pleading in response to the government's objection and hereby requests permission to file a response.

8. The government does not object.

9. Undersigned counsel will file the Defendant's response no later than close of business Friday, August 21, 2026 should this motion be granted in enough time.

## CONCLUSION

WHEREFORE, the Defendant, GEORGE RUSSELL ISBELL JR, by and through the undersigned counsel respectfully requests this Honorable Court grant the stated relief and/or any other relief this Honorable Court deems appropriate.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
D: (813) 228-6989
E: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on August 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire